Todd S. Cushner, Esq.
Cushner & Associates, P.C.
*Attorneys for Debtor*
399 Knollwood Road, Suite 205
White Plains, New York 10603
(914) 600-5502 / (914) 600-5544
todd@cushnerlegal.com

**HEARING DATE: July 6, 2026**
**HEARING TIME: 1:00 PM .**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Via: ECF**
**Honorable Judge Barday**
**Barday.chamber@nysb.uscourts.gov**
**One Bowling Green**
**New York, NY 10004-1408**

-------------------------------------------------------------X

IN RE:

LEROS POINT TO POINT VS. AUCAR                    ADVERSARY CASE NO.
                                                   25-07023-SAB


-------------------------------------------------------------X

**NOTICE OF HEARING**

Dear Hon Judge. Barday,

Please accept the following as notice that the above referenced matter is scheduled for

July 7,2026 at 1:00 PM via ZOOM on consent of all involved parties and pursuant to this Court's

directive.

Thank you for your timely attention to this matter.


Dated: White Plains, New York
       July 6, 2026

                                        Respectfully submitted,


                              By:    *Todd S. Cushner*
                                     Todd S. Cushner, Esq.
                                     *Attorney for Debtor*

Cushner & Associates, P.C.